**FORM 3**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GO-PAK PAPER PRODUCTS VIETNAM CO., LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant. | SUMMONS<br><br>Court No. 25-00070 |

TO:　The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

　　　　　　　　　　　　　　　　　　/s/ Mario Toscano
　　　　　　　　　　　　　　　　　　Clerk of the Court

---

1. (Name and standing of plaintiff):  Plaintiff, Go-Pak Paper Products Vietnam Co., Ltd., is a foreign producer and exporter of the subject merchandise, certain paper plates from the Socialist Republic of Vietnam, which were subject to the antidumping duty investigation that is contested here.  Plaintiff was a mandatory respondent in the antidumping duty investigation that is contested here.  Therefore, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A).  Plaintiff actively participated in the investigation through the submission of factual information and written argument and, thus, also is a party to the proceeding as defined in 19 C.F.R. § 351.102(b)(29)(i).  Therefore, Plaintiff has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as an interested party who was a party to the proceeding identified below.

2. (Brief description of contested determination):  Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination of sales at less than fair value in its antidumping duty investigation of *Certain Paper Plates from the Socialist Republic of Vietnam* (Case No. A-552-839).  Commerce issued a final determination calculating an individual antidumping duty margin for Plaintiff.

3. <u>(Date of determination)</u>:  Commerce issued its final determination on January 21, 2025, and Commerce issued its antidumping duty order on March 20, 2025.

4. <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>: Commerce published its final determination in the *Federal Register* on January 28, 2025 (90 Fed. Reg. 8,265).  Commerce subsequently published its antidumping duty order in the *Federal Register* on March 20, 2025 (90 Fed. Reg. 13,139).

<div style="margin-left:50%">

<u>/s/ Jonathan M. Freed</u>
Jonathan M. Freed
Aqmar Rahman
Didie Muller
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
jfreed@tradepacificlaw.com

*Counsel to Plaintiff*

</div>

<u>April 19, 2025</u>

**SERVICE OF SUMMONS BY THE CLERK**

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011); July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

      Attorney-in-Charge
      International Trade Field Office
      Commercial Litigation Branch – Civil Division
      United States Department of Justice
      26 Federal Plaza
      Room 346
      New York, NY 10278-0140

      Jeanne E. Davidson, Esq.
      Civil Division, Director
      Commercial Litigation Branch
      U.S. Department of Justice
      P.O. Box 480
      Ben Franklin Station
      Washington, DC 20044

      General Counsel
      U.S. Department of Commerce
      14th Street & Constitution Avenue, N.W.
      Room 5875
      Washington, DC 20230