## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GO-PAK PAPER PRODUCTS VIETNAM CO., LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>AMERICAN PAPER PLATE COALITION,<br><br>    Defendant-Intervenor. | Court No. 25-00070<br>Before: Senior Judge<br>    Richard K Eaton |

### ORDER

Upon consideration of the motion of Plaintiff Go-Pak Paper Products Vietnam Co., Ltd. ("Go-Pak Vietnam") for judgment on the agency record pursuant to USCIT Rule 56.2, and all other papers and proceedings; it is:

**ORDERED** that Go-Pak Vietnam's motion is **GRANTED**; and it is further

**ORDERED** that the final results with respect to <u>Certain Paper Plates From the Socialist Republic of Vietnam</u>, 90 Fed. Reg. 8,265 (Dep't Commerce January 28, 2025) (final affirmative determination of sales at less than fair value and final affirmative determination of critical circumstances, in part) ("<u>Final Determination</u>") are remanded to the U.S. Department of Commerce with instructions to take such further action as required by the Court's decision in this matter.

By: _____
   Richard K. Eaton, Senior Judge

Dated: _____
        New York, New York