## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GO-PAK PAPER PRODUCTS VIETNAM CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>AMERICAN PAPER PLATE COALITION,<br><br>    Defendant-Intervenor. | Court No. 25-00070<br>Before: Senior Judge<br>    Richard K Eaton |

## CERTIFICATE OF COMPLIANCE

The undersigned counsel at Trade Pacific PLLC hereby certifies that the Reply Brief of Go-Pak Paper Products Vietnam Co., Ltd., dated February 16, 2026, complies with the word-count limitation described in the Standard Chambers Procedures. The memorandum of law contains 4,785 words according to the word-count function of the word-processing software used to prepare the memorandum.

                                        Respectfully submitted,

                                        <u>/s/ Jonathan M. Freed</u>
                                        Jonathan M. Freed
                                        **TRADE PACIFIC PLLC**
                                        700 Pennsylvania Avenue, SE, Suite 500
                                        Washington, D.C. 20003
                                        (202) 223-3760

                                        Counsel to Plaintiff Go-Pak Paper Products
                                        Vietnam Co., Ltd.

Dated: February 16, 2026